Printed: 11/25/09 07:31 AM  Page: 1

## Claims Distribution Small Checks

Trustee: HAROLD P. BULAN (521350)

Case: 08-13835 - STECHER, DAVID J.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant Payee: | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 312221057566 | 110 | 11/25/09 | 3 | 05/18/09 | 610 | U.S. Bankruptcy Court RESURGENT CAPITAL SERVICES | 536.00 | 536.00 | 3.23 | $3.23 |

Check Amount: 3.23

(*) Denotes objection to Amount Filed



receipt # 110890025
12/11/2009  $3.23

FILED
DEC 11 2009
BANKRUPTCY COURT
BUFFALO, N.Y.